IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 13-cv-03040-KMT

KELLY ROE,

     Plaintiff,

v.

AEGIS WHOLESALE CORPORATION,
AEGIS MORTGAGE CORPORATION,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
CHASE BANK USA, N.A.,
JPMORGAN CHASE BANK, N.A.,
FEDERAL HOME LOAN MORTGAGE CORPORATION, and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE SUBJECT MATTER
OF THIS ACTION,

     Defendants.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order

entered by the Honorable Kathleen M. Tafoya on September 24, 2014, and

incorporated herein by reference as if fully set forth, it is

ORDERED that Defendants' "Motion to Dismiss Plaintiff's Amended Complaint"

(Doc. No.15) is GRANTED.  It is

FURTHER ORDERED that Plaintiff's Amended Complaint is DISMISSED as

follows - Plaintiff's first, second, third, fourth, and fifth claims are DISMISSED without

prejudice and Plaintiff's remaining claims are DISMISSED with prejudice. It is

FURTHER ORDERED that final judgment is hereby entered in favor of

Defendants, Aegis Wholesale Corporation, Aegis Mortgage Corporation, Mortgage

Electronic Registration Systems, Inc., Chase Bank USA, N.A., JPMorgan Chase Bank, N.A., Federal Home Loan Mortgage Corporation, and All Unknown Persons Who Claim Any Interest in the Subject Matter of this Action, and against Plaintiff Kelly Roe.  It is

FURTHER ORDERED that Defendants  Aegis Wholesale Corporation, Aegis Mortgage Corporation, Mortgage Electronic Registration Systems, Inc., Chase Bank USA, N.A., JPMorgan Chase Bank, N.A., Federal Home Loan Mortgage Corporation, and All Unknown Persons Who Claim Any Interest in the Subject Matter of this Action shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 58(a) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 25th  day of September, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ M.Ortiz
M. Ortiz,
Deputy Clerk